28176, 28177. WILSON *v.* ELIJAH A. BROWN COMPANY; and *vice versa.*

FELTON, J. The Supreme Court on certiorari having reversed the judgment of this court (*Elijah A. Brown Co.* v. *Wilson,* 191 *Ga.* 750, 13 S. E. 2d, 779), the former judgment of reversal on the main bill of exceptions is hereby vacated, and a judgment of affirmance is rendered in conformity to the rulings of the Supreme Court. The former judgment of affirmance on the cross-bill of exceptions is hereby vacated, and the cross-bill is dismissed.

*Judgment affirmed on the main bill of exceptions; cross-bill dismissed. Stephens, P. J., and Sutton, J., concur.*

DECIDED APRIL 28, 1941.

*Robert B. Blackburn,* for plaintiff.
*Elijah A. Brown, G. N. Bynum, Carl B. Copeland,* for defendant.